## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **Larry Joseph Barrow, Sr. and Joyce Louise Johnson Barrow** <br><br><br><br>Debtors | Case No. 12-10001, Section "A" <br><br>**Order** <br><br>Chapter 13 |

This matter came before the Court on April 23, 2013 on debtor's Motion for an Order Deeming Mortgage Lien as an Unsecured Claim Pursuant to 11 U.S.C. §§ 506 and 1322 and Objection to Proof of Claim No. 7 of Claimant Community Bank.

The Court, having considered the pleadings, the argument of counsel, proper service to all interested parties, and no objection having been filed:

**IT IS ORDERED** that debtors' Motion for an Order Deeming Mortgage Lien as an Unsecured Claim Pursuant to 11 U.S.C. §§ 506 and 1322 and the Objection to Proof of Claim are granted and upon completion of the debtors' chapter 13 plan, the second mortgage of Community Bank shall be deemed satisfied and Community Bank shall file a Satisfaction of Mortgage upon the debtors receiving a discharge.

**IT IS FURTHER ORDERED** that the claim of Community Bank shall be treated as a wholly unsecured claim by the Chapter 13 Trustee for any distributions made to it under the terms and conditions of debtors' chapter 13 plan of reorganization.

New Orleans, Louisiana, July 18, 2013.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge